[No. 24948–7–I.  Division One.  August 5, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL
JAY SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 88–1–06173–1, Robert E. Dixon, J., entered

September 15, 1989. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Scholfield and Agid, JJ.